438

STOFLET, Plaintiff in error, vs. THE STATE, Defendant in error.

*December 6, 1929—January 7, 1930.*

For the plaintiff in error there was a brief by *Rush & Devos* of Neillsville and *Goggins, Brazeau & Graves* of Wisconsin Rapids, and oral argument by *T. W. Brazeau.*

For the defendant in error there was a brief by *V. W. Nehs,* district attorney of Clark county, the *Attorney General,* and *J. E. Messerschmidt,* assistant attorney general, and oral argument by *Mr. Nehs.*

FOWLER, J.   The sole question raised is whether the evidence is sufficient to support the conviction.   We are clearly of the opinion that it is not.   The evidence was wholly circumstantial and falls far short of the quantum of evidence necessary to support conviction, as stated in *Colbert v. State,* 125 Wis. 423, 104 N. W. 61; *Kollock v. State,* 88 Wis. 663, 60 N. W. 817, and other cases that might be cited.

*By the Court.*—The judgment is reversed, and the warden of the state reformatory will forthwith discharge the defendant, W. A. Stoflet.